UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELTON SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF BAKERSFIELD, *et al.*<br><br>            Defendants. | Case No. 1:22-cv-00494-JLT-CDB<br><br>ORDER GRANTING RENEWED STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(Doc. 31) |

On February 7, 2022, Plaintiff Melton Smith ("Plaintiff") initiated this action against Defendants in Kern County Superior Court. (Doc. 2). Defendant County of Kern removed this action to this Court on April 26, 2022. *Id*. On July 6, 2022, the Court issued a scheduling order in this matter. (Doc. 21). On August 9, 2023, Plaintiff filed a stipulated request to modify the scheduling order, supported by the declaration of counsel for Plaintiff. (Doc. 28). The Court denied without prejudice the stipulated request and directing the parties to include in any renewed request for extension an in-kind extension of the pretrial conference and trial dates and to provide supplemental information about what remaining discovery remains. (Doc. 30).

Pending before the Court is the parties' renewed stipulation to modify the scheduling order. (Doc. 31). Responsive to the Court's order denying their earlier request (Doc. 30), the parties provided representations regarding completed and ongoing discovery. The parties expect depositions will be completed within the first two weeks of January 2024 at the latest. *Id*. at 3-4.

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order be amended as follows:

| **Deadline** | **Current** | **Amended** |
|---|---|---|
| Fact Discovery cut off: | 08/22/2023 | 01/15/2024 |
| Expert Disclosure: | 09/01/2023 | 01/22/2024 |
| Supp. Expert Disclosure: | 10/02/2023 | 02/16/2024 |
| Expert Discovery Cut Off: | 10/16/2023 | 03/08/2024 |
| Dispositive Motion Filing: | 12/11/2023 | 03/18/2024 |
| Dispositive Motion Hearing: | Pursuant to Local Rules | Pursuant to Local Rules |
| Pre-Trial Conference Date: | 03/08/2024 | 07/29/2024 |
| Trial | 06/03/2024 | 10/07/2024 |

IT IS SO ORDERED.

Dated:   **August 17, 2023**

UNITED STATES MAGISTRATE JUDGE