**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELTON SMITH, | Case No. 1:22-cv-00494-CDB |
| Plaintiff, | |
| v. | |
| CITY OF BAKERSFIELD, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Melton Smith, Booking No. SO2288325, a necessary and material witness in a jury trial in this case set to commence on October 7, 2024, is confined at the Kern County Lerdo Justice Facility, in the custody of the Kern County Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, from his place of confinement, on Monday, October 7, 2024, at 8:30 a.m. and each day thereafter until completion of the jury trial.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern County Sheriff at (661) 391-3115 or via email at haislipr@kernsheriff.org.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Kern County Sheriff, Lerdo Justice Facility, 17801 Industrial Farm Rd, Bakersfield, California 93308:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above until completion of the jury trial or as ordered by the court.

/ / /

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 6, 2024**          _____
                                                                  UNITED STATES MAGISTRATE JUDGE