# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELTON SMITH,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>       Defendants. | Case No.: 1:22-cv-00494-CDB<br><br>ORDER REQUIRING PRODUCTION OF INMATE FOR TRIAL ON OCTOBER 8, 2024, AT 8:30 A.M. |

Plaintiff, Melton Smith , inmate number SO2288325, shall be produced for trial before the United States District Court, 510 19th Street, Bakersfield, California, at 8:30 a.m. on Tuesday, October 8, 2024, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   **October 7, 2024**                     _____
                                                  UNITED STATES MAGISTRATE JUDGE

1