# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELTON SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00494-CDB<br><br>ORDER REQUIRING PRODUCTION OF INMATE FOR TRIAL ON OCTOBER 9, 2024, AT 8:30 A.M. |

Plaintiff, Melton Smith, inmate number SO2288325, shall be produced for trial before the United States District Court, 510 19th Street, Bakersfield, California, at 8:30 a.m. on Wednesday, October 9, 2024, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: **October 8, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1