**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELTON SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00494-CDB<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELTON SMITH, INMATE #SO2288325 |

The jury trial in this matter concluded on October 9, 2024.  Inmate Melton Smith, inmate number #SO2288325, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**October 9, 2024**__             _____
                                                           UNITED STATES MAGISTRATE JUDGE