## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MELTON SMITH,**

v.

CASE NO: **1:22–CV–00494–CDB**

**CITY OF BAKERSFIELD, ET AL.,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/09/2024**

**Keith Holland**
Clerk of Court

ENTERED: **October 10, 2024**

by: /s/ C. Boren
Deputy Clerk